UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS J. CALVINO, JR.,      * | |
|          * | |
|      Plaintiff,      * | |
|          * | Civil Action No. 1:16-cv-10936-IT |
|      v.      * | |
|          * | |
| CAROLYN W. COLVIN,      * | |
| Acting Commissioner of Social Security,      * | |
|          * | |
|      Defendant.      * | |

ORDER OF DISMISSAL

September 6, 2016

TALWANI, D.J.

       Plaintiff Nicholas J. Calvino, Jr., seeks judicial review of a denial of a lump sum death benefit under the Social Security Act. An individual must take certain administrative steps prior to seeking review of a Social Security decision in federal court. See 20 C.F.R. § 404.900(a)(1-4). Defendant, the Acting Commissioner of Social Security, in her Motion to Dismiss for Failure to Exhaust Administrative Remedies [#10], states that Plaintiff Calvino has failed to seek a hearing before an Administrative Law Judge and, if dissatisfied with the Administrative Law Judge's decision, an Appeals Council Review of the Administrative Law Judge's decision, as required by 20 C.F.R. § 404.900(a). Plaintiff has provided no basis on which the court may excuse his failure to follow the required steps before filing the instant suit. Accordingly, the Motion to Dismiss [#10] is ALLOWED, and the complaint is DISMISSED. This case is CLOSED.

       IT IS SO ORDERED.

                                                     /s/ Indira Talwani
                                                     United States District Judge